Opinion by HARALSON, J.

## Simon *v.* Craft.

APPEAL from Mobile Circuit Court.
Tried before the Hon. WILLIAM S. ANDERSON.

GREGORY L. & H. T. SMITH, for appellant.

PILLANS, TORREY & HANAW and BESTOR & GRAY, for appellee.

This action was brought by the appellant against the appellee. The present appeal is prosecuted from a judgment in favor of the defendant.

The judgment is affirmed on the authority of *Craft v. Simon,* 118 Ala. 625.

Opinion by DOWDELL, J.